**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 14, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-57695 |
| | ) | |
| SCOTT D. VANCE | ) | Chapter 7 |
| REGINA I. VANCE | ) | |
|                     Debtors. | ) | Judge Caldwell |
| _____ | ) | |

<u>ORDER GRANTING</u>
<u>MOTION OF THE UNITED STATES TRUSTEE TO DISMISS</u>
<u>PURSUANT TO 11 U.S.C. §§ 707(b)(2) OR 707(b)(3)(Docket No. 15)</u>

     This matter came on for hearing on October 13, 2011, on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 707(b)(2) or 707(b)(3) (Docket No. 15). Present for the United States Trustee was Attorney Pamela Arndt and Paralegal Specialist Erik Van Bramer. Present for the Debtors was James E. Nobile. The parties agreed to bifurcate the issues regarding 11 U.S.C. §707(b)(2) and 11 U.S.C. §707(b)(3), with the Court conducting a hearing on the issues regarding 11 U.S.C.

§707(b)(2) first. Testimony was taken from Paralegal Specialist Erik Van Bramer. The Debtors did not present any evidence or testimony.

After the presentations of Counsel, the Court found that the Presumption of Abuse arises pursuant to 11 U.S.C. §707(b)(2)(A)(i); and that the Debtors did not present any evidence to rebut the Presumption of Abuse pursuant to 11 U.S.C. §707(b)(2)(B)(i). As such, the Court finds the United States Trustee's Motion to Dismiss well taken.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. §707(b)(2) be and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Debtors' case be and it is hereby DISMISSED.

**IT IS SO ORDERED.**

SUBMITTED BY:

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE FOR REGION 9

/s/ Pamela Arndt
Pamela Arndt (0068230)
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 225
Facsimile: (614) 469-7448
Email: Pamela.D.Arndt@usdoj.gov

COPIES TO:

All Creditors and Parties in Interest

###